# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEVEN D'AARON CASTLE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-4621** |
| **TERREBONNE PARISH CRIMINAL JUSTICE COMPLEX, ET AL** | **SECTION "C"(4)** |

## O R D E R

The court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Deven D'Aaron Castle's claims brought pursuant to 42 U.S.C. § 1983 against the defendants, the Terrebonne Parish Criminal Justice Complex, the Parish of Terrebonne, the classification department at the TPCJC, the Terrebonne Parish Sheriff's Office, and the Terrebonne Parish Sheriff, be **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2) and § 1915A, and 42 U.S.C. § 1997e.

**IT IS FURTHER ORDERED** that Castle's § 1983 claims against the State of Louisiana and the Louisiana Department of Corrections be **DISMISSED** as frivolous, for failure to state a claim for which relief can be granted, and for seeking relief from an immune defendant pursuant to 28 U.S.C. § 1915(e)(2) and § 1915A, and 42 U.S.C. § 1997e; **WITHOUT PREJUDICE** because

the claims are barred by the Eleventh Amendment and the Court is without jurisdiction to consider the claims.

New Orleans, Louisiana, this 17th day of March, 2010.

_____
**UNITED STATES DISTRICT JUDGE**